STATE v. HARPER

[119 N.C. App. 252 (1995)]

STATE OF NORTH CAROLINA v. DAVID STEVEN HARPER

No. 935SC21

(Filed 6 June 1995)

**Criminal Law § 762 (NCI4th)— reasonable doubt—instructions**

Under *State v. Bryant*, 337 N.C. 298, there was no error in the trial court's reasonable doubt instruction.

**Am Jur 2d, Trial §§ 1077 et seq., 1104 et seq.**

On remand based on order of Supreme Court filed on 15 May 1995, *State v. Harper*, 336 N.C. 776, 447 S.E.2d 434 (1994), vacating and remanding the unanimous decision of the Court of Appeals, *State v. Harper*, 112 N.C. App. 636, 436 S.E.2d 412 (1993), for reconsideration in light of the Supreme Court's opinion in *State v. Bryant*, 337 N.C. 298, 446 S.E.2d 71 (1994). Appeal by defendant from judgments entered 11 August 1992 by Judge William C. Griffin in New Hanover County Superior Court. Originally heard in the Court of Appeals 4 October 1993.

*Attorney General Michael F. Easley, by Assistant Attorney General D. David Steinbock, for the State.*

*Nora Henry Hargrove for defendant appellant.*

ARNOLD, Chief Judge.

The evidence presented at trial is summarized in this Court's prior opinion. *Harper*, 112 N.C. App. at 636-37, 436 S.E.2d at 412 (*Harper I*). In light of the Supreme Court's decision in *Bryant*, 337 N.C. 298, 446 S.E.2d 71, we find no error in the trial court's reasonable doubt instruction. As to the assignments of error raised by defendant and not addressed in *Harper I*, we have reviewed them and find no prejudicial error.

No error.

Judges WYNN and JOHN concur.